peals for the Fifth Circuit denied. *Mr. W. J. Waguespack* for petitioner. *Solicitor General Thacher,* and *Messrs. Claude R. Branch, J. Frank Staley,* and *William H. Riley, Jr.,* for the United States.

No. 746. RANDOLPH *v.* FRICKE. March 23, 1931. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Mr. John C. Grover* for petitioner. *Messrs. S. J. Jones* and *Major J. Lilly* for respondent.

No. 749. PATENT VULCANITE ROOFING CO., INC., *v.* TRANSOCEANICA SOCIETA ITALIANA DI NAVIGAZIONE. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Arthur W. Clement* and *Oscar R. Houston* for petitioner. *Mr. Homer L. Loomis* for respondent. See also, 32 F. (2d) 213.

No. 760. INGRAM-DAY LUMBER CO. *v.* SCHULTZ, ADMINISTRATRIX. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William H. Armbrecht* for petitioner. *Messrs. Michael F. Gallagher* and *Samuel M. Rinaker* for respondent.

No. 765. W. H. SHENNERS CO. *v.* LAKE WORTH REALTY & BUILDING CO. March 23, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Edgar L. Wood* for petitioner. *Messrs. Charles B. Quarles* and *Maxwell H. Herriott* for respondent.